UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-373-MOC-DCK

| | |
|---|---|
| **LAKEVIEW LOAN CARE SERVICES, LLC,** | )<br>) |
| Plaintiff | )<br>) |
| Vs. | ) **ORDER**<br>) |
| **PATRICIA HOLLIS, pro se,** | )<br>)<br>) |
| Defendant | )<br>) |

**THIS MATTER** comes before the Court on Patricia Hollis's Motion for Reconsideration (Doc. No. 8) of this Court's Order remanding the action to state court.

Plaintiff's motion is **DENIED**. As the Court explained in its prior Order, Plaintiff's removal was untimely and, in any event, the Court lacks jurisdiction over the state court foreclosure action.

**IT IS SO ORDERED**.

Max O. Cogburn Jr
United States District Judge

-1-